UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03938-RGK (AGRx) | Date | August 31, 2012 |
|---|---|---|---|
| Title | Chris Kohler v. Aaron Brothers Inc et al | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

    Counsel have failed to file the Joint Report as required by the Order Setting Scheduling Conference.  Counsel are ordered to show cause in writing no later than Wednesday, September 5, 2012 why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7.

    The filing of a Joint Rule 26(f) Report by Wednesday, September 5, 2012 shall be deemed a sufficient response to this Order to Show Cause.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |